UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,                Case No. 14-cr-0208 (ADS)

    -against-

WILLIAM SCULLY

                                 **NOTICE OF MOTION**

                Defendant.

---------------------------------------------------------------------------x

      Jersey HemeOnc, LLC ("Movant"), a non-party to which defendant William Scully ("Defendant") has served a subpoena moves the Court to quash Defendant's subpoena. Movant respectfully directs the Court to the supporting Memorandum and Affirmation filed contemporaneously with this Motion.

Dated: August 22, 2015

                              Respectfully submitted,

                By:    s/ Vafa Sarmasti
                        Vafa Sarmasti (VS7857)
                        vafa@sarmastipllc.com
                        SARMASTI PLLC
                        729 Seventh Ave., 17th Floor
                        New York, New York 10019
                        (212) 736-9119 telephone
                        (212) 736-3820 facsimile
                        ATTORNEYS FOR JERSEY HEMEONC LLC

# CERTIFICATE OF SERVICE

This certifies that on this 22nd day of August, 2015, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send notification of such filing to all counsel of record. Courtesy hardcopies shall also be forwarded via Federal Express overnight delivery to The Honorable Arthur D. Spatt, U.S.D.J. United States District Court, 1024 Federal Plaza, Central Islip, New York 11722.

/s/ Vafa Sarmasti
Attorney for non-party Jersey HemeOnc LLC