

U.S. Department of Justice

United States Attorney
*Eastern District of New York*

KMA
F. #2012R00759

*610 Federal Plaza*
*Central Islip, New York 11722*

September 17, 2015

By FedEx
Scott A. Resnik, Esq.
Michael Rosensaft, Esq.
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, New York 10022

      Re:    United States v. William Scully, et al.
                 Criminal Docket No. 14-208 (S-1)(ADS)

Dear Counsel:

      Enclosed please find two CDs and the Supplemental Bill of Particulars.  The CD labeled "MDK Subpoena Batch 4" is the fourth and final production from the FDA responsive to the Rule 17 subpoena.  This completes the production of documents by the FDA consistent with the Court Order.

      The second CD labeled "Additional Production 9/17/15" contains documents produced under Rule 16 and voluntarily.  The production includes documents Bates Nos. 34790 - 35911 as well as documents numbered SUPPDISC 15_1-334.

      As with other recent productions, the production contains Memoranda of Interview and other documents that are 3500 documents.  These documents will be included again in the 3500 production being sent out next Tuesday, September 22, 2015, two weeks before testimony commences, but are included here because they may be helpful in reviewing the other documents.

      Very truly yours,

      KELLY T. CURRIE
      Acting United States Attorney

By:   /s/   *Charles P. Kelly*
      Charles P. Kelly
      Kenneth M. Abell
      Assistant U.S. Attorneys
      (631) 715-7833, 66

cc: Clerk of the Court (ECF)(without enclosures)

Case 2:14-cr-00208-ADS-SIL   Document 77   Filed 09/17/15   Page 2 of 2 PageID #: 1190