KattenMuchinRosenman LLP

575 Madison Avenue
New York, NY 10022-2585
212.940.8800 tel
212.940.8776 fax

Michael M. Rosensaft
michael.rosensaft@kattenlaw.com
(212) 940-6631
(212) 940-8776

September 29, 2016

**VIA ECF**

Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:   United States v. William Scully, et. al, 14 Cr. 208 (ADS)

Dear Judge Spatt:

     We write to inform Your Honor about unwanted emails that are being sent from co-defendant Rodi Lameh to Mr. and Mrs. Scully. We have attached some of the many emails as Exhibit A, although this is simply a sample. They consist of business advertisements, sales offers, and requests to "connect" on the website LinkedIn. We have notified pretrial who, we understand, has attempted to address it multiple times with Mr. Lameh and most recently his lawyer. Nevertheless, the emails have not stopped and today yet another email arrived from Mr. Lameh to Mrs. Scully. We respectfully request an order from Your Honor that all such contact cease immediately.

                            Respectfully Submitted,

                            /s Michael M. Rosensaft
                            Michael M. Rosensaft
                            michael.rosensaft@kattenlaw.com
                            Scott A. Resnik
                            scott.resnik@kattenlaw.com

                            Katten Muchin Rosenman LLP
                            575 Madison Avenue
                            New York, NY 10022
                            *Counsel for William Scully*