**BEFORE:** Arthur D. Spatt U.S.D.J. ~~Courtroom~~
**DATE:** 5/24/18
**TIME:** ~~10:00 a.m.~~ 10:45 – 11:30
**DOCKET #:** CR-14-0208(AS)-01
**CAPTION:** USA -v- Scully, et al

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 24 2018 ★
LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR GUILTY PLEA

**APPEARANCES:**
**Defense Counsel:** Glenn A. Obedin         **Defendant:** William Scully - 1
☐ CJA ☐ Retained ☐ Federal Defenders      ☒ Present ☐ Not Present ☐ In Custody ☐ Self Surrender
**Government:** Charles P. Kelly, Kenneth Abell     **Court Reporter:** Marie Foley
**Interpreter:** n/n

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his/her rights.
- ☐ Defendant reads and completes a plea form, Court exhibit #1.
- ☒ Defendant is questioned as to whether s/he has read and understands the charging instrument and the plea/cooperation agreement. Defendant has.
- ☒ Defendant is sworn
- ☐ Defendant waives indictment, a waiver is executed.
- ☒ Defendant enters a plea of guilty to count 51 of the Superseding Indictment
- ☐ Defendant withdraws previous plea of not guilty and enters a plea of guilty to _____.
- ☒ The defendant explains the offense committed, the Government offers the proof they would present to the Court during trial.
- ☒ The Court finds a factual basis for the plea and accepts it.
- ☐ Probation notified and will contact the Court with a date for sentencing upon completion of the PSI.

- ☒ Bail continued.
- ☐ Defendant remanded into custody.
- ☐ Bail package presented: _____
- ☐ The Government ☐ Objects ☐ Has no objections to package.
- ☐ The Court accepts the bail package and refers the matter to the Mag. Judge for bond signing.

Sentence date: 9/14/18 at 1:30
Court Exhibit 1 - Plea agreement an disturned to the Gov't.
Jury Selection Scheduled for October 30, 2018 is cancelled.
Defendant Signs consent to administrative Forfeiture and waiver of timely service today and is returned to the Gov't.