BEFORE: ARTHUR D. SPATT    DATE: 9/4/18  TIME: 2:21 — 2:49

DOCKET #: CR-14-0208
CAPTION: USA v. Scully

CRIMINAL CAUSE FOR Re SENTENCING

APPEARANCES

DEFENDANT: William Scully #1   COUNSEL: Glenn Obedin
☑ Present ___ Not present ___ In Custody ☑ On Bail  (X) CJA ___ Retained ___ FD

GOVERNMENT: Charles P. Kelly

COURT REPORTER: Fred Guerino

INTERPRETER: _____

PROBATION: Steven Guttman LONG ISLAND OFFICE

COURTROOM DEPUTY: MEH

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ SEP 21 2018 ★

✓ Case called.

✓ Counsel for all parties present.

___ Fatico Hearing held.

✓ Re-Sentencing held.

___ Sentencing adjourned to: _____ At _____ AM/PM

___ Statement(s) of defendant and counsel heard.

IMPRISONMENT: Court accepts facts

✓ The defendant is sentenced to: 32 mos

To be followed by: 1 yr Of Supervised Release.
Special Conditions of Supervised Release: See J+C

___ The Defendant is remanded to the custody of the U.S. Marshals.

—over—

✓ The Defendant shall surrender to: U S Marshal -B'klyn or to the Institution, if designated on 12/4/18 by 12:00 Noon

✓ The court makes the following Recommendations to the Bureau of Prisons: See J+C

## PROBATION:

___ The defendant is sentenced to: _____

___ Special Conditions of Probation: _____

## FINE, RESTITUTION & SPECIAL ASSESSMENT:

___ The Defendant is ordered to pay a Fine in the sum of: $ _____

___ The Fine is to be paid: _____

✓ The Fine is waived based on the Defendant's inability to pay.

___ Restitution is ordered: _____

✓ Special Assessment is imposed in the sum of: $ 100.00

✓ Special Assessment to be paid by: Immediately

✓ The Remaining Counts are dismissed on the United States' motion.

✓ The Defendant is advised of the Right to Appeal, except as previously waived.

NOTES: Subject to Forfeiture - See J+C