AO 245B (Rev. 02/18)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

Eastern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| WILLIAM SCULLY | Case Number:  CR-14-0208(S)-01 (ADS) |
| | USM Number:  83489-053 |
| | Glenn Obedin, Esq. (CJA) |
| | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)   FIFTY ONE OF THE SUPERSEDING INDICTMENT.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 04 2018 ★

LONG ISLAND OFFICE

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:331(a) and 333(a)(2) | INTRODUCTION OF MISBRANDED DRUGS INTO INTERSTATE COMMERCE, a Class E Felony | | 51 |

The defendant is sentenced as provided in pages 2 through   7   of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☑ Count(s)   remaining & underlying Indictm☐ is   ☑ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

9/21/2018
Date of Imposition of Judgment

*/s/ Arthur D. Spatt*

Signature of Judge

ARTHUR D. SPATT, U.S.D.J.
Name and Title of Judge

10/4/2018
Date

AO 245B (Rev. 02/18)  Judgment in Criminal Case
Sheet 2 — Imprisonment

Judgment — Page __2__ of __7__

DEFENDANT:  WILLIAM SCULLY
CASE NUMBER:  CR-14-0208(S)-01 (ADS)

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

THIRTY TWO (32) MONTHS. THE DEFENDANT SHALL BE GIVEN CREDIT FOR TIME ALREADY SERVED FROM OCTOBER 5, 2016 THROUGH DECEMBER 19, 2017.

☑ The court makes the following recommendations to the Bureau of Prisons:

THAT THE DEFENDANT SERVE IS SENTENCE AT THE FACILITY IN CANAAN, PA TO BE NEAR HIS FAMILY.

☐ The defendant is remanded to the custody of the United States Marshal.

☑ The defendant shall surrender to the United States Marshal for this district:

    ☑ at __12:00__  ☐ a.m.  ☑ p.m.  on  __12/4/2018 or to the Institution, if designated__

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on  _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
Sheet 3 — Supervised Release

Judgment—Page ___3___ of ___7___

DEFENDANT:   WILLIAM SCULLY
CASE NUMBER:   CR-14-0208(S)-01 (ADS)

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of :

ONE (1) YEAR.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4. ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5. ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq*.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7. ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
Sheet 3A — Supervised Release

| | Judgment—Page | 4 | of | 7 |

DEFENDANT: WILLIAM SCULLY
CASE NUMBER: CR-14-0208(S)-01 (ADS)

## STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so.  If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity.  If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction.  The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
Sheet 3B — Supervised Release

Judgment—Page   5   of   7

DEFENDANT:  WILLIAM SCULLY
CASE NUMBER:  CR-14-0208(S)-01 (ADS)

## ADDITIONAL SUPERVISED RELEASE TERMS

1. THE DEFENDANT IS SUBJECT TO THE FINAL ORDER OF FORFEITURE DATED AUGUST 17, 2016 AND IS ATTACHED TO THIS JUDGMENT AND CONVICTION ORDER.

2. THE DEFENDANT SHALL SUBMIT FULL FINANCIAL DISCLOSURE TO THE PROBATION DEPARTMENT AS DIRECTED.

AO 245B (Rev. 02/18)   Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page   6   of   7

DEFENDANT: WILLIAM SCULLY
CASE NUMBER: CR-14-0208(S)-01 (ADS)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | JVTA Assessment* | Fine | Restitution |
|---|---|---|---|---|
| TOTALS | $  100.00 | $  0.00 | $  0.00 | $  0.00 |

☐  The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| TOTALS | $ 0.00 | $ 0.00 | |

☐  Restitution amount ordered pursuant to plea agreement  $ _____

☐  The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐  The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    ☐  the interest requirement is waived for the   ☐  fine   ☐  restitution.

    ☐  the interest requirement for the   ☐  fine   ☐  restitution is modified as follows:

* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 02/18) Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___7___ of ___7___

DEFENDANT: WILLIAM SCULLY
CASE NUMBER: CR-14-0208(S)-01 (ADS)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A ☑ Lump sum payment of $ ___100.00___ due immediately, balance due

     ☐ not later than _____ , or
     ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below; or

B ☐ Payment to begin immediately (may be combined with ☐C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

     Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.

SLR:LDM:MMO
F#: 2012R00759

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

    - against -

WILLIAM SCULLY, also known as
"Liam Scully,"

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - -X

FINAL ORDER OF FORFEITURE

14-CR-208  (S-1) (ADS)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   AUG 17 2016   ★

LONG ISLAND OFFICE

WHEREAS, on November 12, 2015, WILLIAM SCULLY (the "defendant"),

was convicted after a jury trial of counts One, Three through Five, Seven through Eleven,

Thirteen and Fourteen, Sixteen, Nineteen, Twenty and Twenty-One, Twenty-Three thorough

Thirty-six, Thirty-Seven, Thirty-Eight through Fifty-Four, Fifty-Five through Seventy-One,

Seventy-Four and Seventy-Five, in the above-captioned Superseding Indictment charging

violations of (a) conspiracy to commit wire fraud in violation of 18 U.S.C. § 1349; (b) wire

fraud in violation of 18 U.S.C. § 1343; (c) conspiracy to commit mail fraud in violation of 18

U.S.C. § 1349; (d) mail fraud in violation of 18 U.S.C. § 1341; (e) conspiracy to distribute

misbranded drugs in violation of 18 U.S.C. § 371; (f) conspiracy to introducing misbranded

drugs into interstate commerce in violation of 21 U.S.C. §§ 331(a) and 333(a)(2); (g)

receiving misbranded drugs in interstate commerce and delivering them for payment in

violation of 21 U.S.C. §§ 331(c) and 333(a)(2); (h) introducing unapproved drugs into

Case 2:14-cr-00208-ADS-SIL   Document 230   Filed 10/04/18   Page 9 of 11 PageID #: 5268
Case 2:14-cr-00208-ADS-SIL   Document 184-1   Filed 08/22/16   Page 2 of 4 PageID #: 4794
- Case 2:14-cr-00208-ADS-SIL   Document 181-1   Filed 08/16/16   Page 2 of 4 PageID #: 4794

interstate commerce in violation of 21 U.S.C. §§ 331(d) and 333(a)(2); and (i) unlicensed wholesale distribution of prescription drugs in violation of 21 U.S.C. § 333(t), respectively;

WHEREAS, on April 21, 2016, this Court entered a Preliminary Order of Forfeiture pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. §§ 334 and 853(p), and 28 U.S.C. § 2461(c), providing for the entry of a forfeiture money judgment in the amount of eight hundred eighty-nine thousand, eight hundred and seventy-five dollars and no cents ($889,875.00) (the "Forfeiture Money Judgment"), in addition to the forfeiture of all right, title and interest in (i) all misbranded drugs seized on or about May 24, 2012 from the Pharmalogical, Inc. located in Great Neck, New York and all proceeds traceable thereto, and (ii) all misbranded drugs and medical devices and/or miscellaneous items seized on or about November 26, 2012 from 3G warehouse located in Farmingdale, New York and all proceeds traceable thereto (items (i) and (ii) collectively referred to as the "Forfeited Items"), as (a) property, real or personal, which constitutes or is derived from, proceeds traceable to the violations of 18 U.S.C. §§ 1341, 1343 and 1349, or a conspiracy to commit such offenses; (b) any article of food, drug or cosmetic that is adulterated or misbranded when introduced into or while in interstate commerce in violation of 21 U.S.C. §§ 331(a), 331(c), 331(d), 331(t) and 333(a)(2); and/or (c) as substitute assets pursuant to 21 U.S.C. § 853(p).

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning May 26, 2016 through and including June 24, 2016; and

United States v. William Scully, 14-CR-208 (ADS)
Final Order of Forfeiture
2

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Forfeited Items and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. §§ 334 and 853(p) and 28 U.S.C. § 2461(c), and the Preliminary Order of Forfeiture, all right, title, and interest in the Forfeited Items and payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service and the United States Food and Drug Administration (FDA) , or their duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Forfeited Items and payments towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order and the Preliminary Order of Forfeiture.


United States v. William Scully, 14-CR-208 (ADS)
Final Order of Forfeiture
3

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office

mail five (5) certified copies of this executed Final Order of Forfeiture to FSA Paralegal

Kristen Lake, United States Attorney's Office, Eastern District of New York, 610 Federal

Plaza, 5th Floor, Central Islip, New York 11722.

Dated: Central Islip, New York
       August 17, 2016

SO ORDERED:

s/ Arthur D. Spatt

HONORABLE ARTHUR D. SPATT
UNITED STATES DISTRICT JUDGE

A TRUE COPY
ATTEST
DATE 9/21 20 18
DOUGLAS C. PALMER
BY _____ CLERK
DEPUTY CLERK

United States v. William Scully, 14-CR-208 (ADS)
Final Order of Forfeiture
4